```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
  Gailican Phillips,                :
        Petitioner,                 :   No.  08 Civ.0597 (SCR)(MDF)
        -against-                   :   ORDER
  Stanton et al,                    :
        Respondent(s).              :
---------------------------------x
```

MARK D. FOX, United States Magistrate Judge:

    Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2255, dated __Jan 23, 2008__, a copy of which is annexed, it is hereby ORDERED that:

    1. Within sixty (60) days of the date of this order, respondent shall serve a copy of his answer to the petition on the petitioner herein and file the original thereof with proof of service with the Clerk of this Court in White Plains, New York;

    2. Respondent shall also submit the transcript of the trial and copies of all briefs and decisions on appeal or in connection with proceedings pursuant to New York Criminal Procedure Law Article 440;

    3. Petitioner, within thirty (30) days after the filing of the answer, shall serve upon respondent's attorney and file his reply to the answer, if any, with the Clerk of this Court in White Plains, New York; and

    4. Service of a copy of this Order shall be made by the Clerk of this Court by regular mail to petitioner and by certified mail, together with a copy of the petition, to the respondent, to the United States Attorney of SDNY 86 Chambers St., New York, NY 10007.

Dated:   April 08, 2008
          White Plains, New York

So Ordered:

MARK D. Fox
United States Magistrate Judge