

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 23, 2008

**MARK D. FOX**
United States Magistrate Judge
Southern District of New York

The Honorable Mark D. Fox
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

RECEIVED
IN CHAMBERS
2 3 2008
MARK D. FOX
USMJ SDNY

Re:   Gallicon Phillips v. Stanton et al., 08 Civ. 0597 (SCR)(MDF)

Dear Judge Fox:

Due to other, pressing matters, the Government respectfully requests an additional thirty (30) days to answer the petition for issuance of a writ of habeas corpus in the above-referenced case.

Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Sarah R. Krissoff
Sarah R. Krissoff
Assistant United States Attorney
(914) 993-1928 (phone)
(914) 993-9036 (fax)

*[Handwritten annotation: Application Granted  So Ordered  5/27/08]*