Gailican Phillips
425 Cumberland Street
Brooklyn, New York 11238

July 9, 2008



U.S. District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

**MEMO ENDORSED**

RE: Request for Clarification of Response Time

Dear Honorable Magistrate Judge, Mark D. Fox:

In regards to the current matter I am involved in, referenced as <u>Phillips v. Stanton et al.</u>, 08 Civ. 0597 (SCR)(MDF), I respectfully request clarification as to the time I am to be afforded to adequately present a coherent response to the AUSA's motion. Upon contacting the pro se clerk on 07/07/2008 no indication as to the time I am allotted appears in my file. If my calculation of time were accurate my response would be due by 07/16/2008. I am asking for at least that minimum or if possible until 07/21/2008. This is asked due to the complexity involved in preparing such a response as a layman. I am cognizant of the length of time that has already elapsed regarding this whole matter. Please inform the pro se clerk as to the feasibility of my request so I can immediately begin to structure the use of the time allocated to me.

Respectfully,

*[signature]*
Gailican Phillips

7/14/08  Petitioner's time to respond is extended to August 21, 2008.

So Ordered

*[signature]*

MARK D. FOX
United States Magistrate Judge
Southern District of New York